**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 515 MAL 2021

            Respondent               :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court

            v.                          :

                                      :

RAMON VASQUEZ,                     :

                                      :

            Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 8th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.